Case 4:24-cv-01188-SEP Doc. # 1-6 Filed: 06/05/24 Page: 1 of 73 PageID #: 12

BARNETT, DONALD -Plaintiff

**Address:** 819 EAST MAIN STREET DUQUOIN, IL 62832
**Year of Birth:** 1961

Represented By

KNEPPER, NICOLE BURLISON - Attorney for Plaintiff

**Address:** 1926 CHOUTEAU AVE ST LOUIS , MO 63103

---

BARNES JEWISH HOSPITAL -Defendant

**Address:** CSC LAWYERS INC SERVICE 221 BOLIVAR STREET JEFFERSON CITY, MO 65101

Represented By

GARSIDE, JONATHAN HUNT - Attorney for Defendant

**Address:** 8000 MARYLAND AVE SUITE 450 STLOUIS, MO 63105

---

THE WASHINGTON UNIVERSITY -Defendant

**Address:** CHANCELLOR 1 BROOKINGS DRIVE ST. LOUIS, MO 63130

Represented By

GEARIN, TIMOTHY JOHN - Attorney for Defendant

**Address:** 7700 FORSYTH BLVD SUITE 1800 SAINT LOUIS, MO 63105
**Business:** (314) 621-5070

Co-Counsel

BRYAN, MAUREEN - Attorney for Defendant

**Address:** 7700 FORSYTH BLVD SUITE 1800 SAINT LOUIS, MO 63105
**Business:** (314) 621-5070

---

TESTRAKE, M.D., DAVID - Defendant

**Address:** 3918 CLEVELAND AVENUE SAINT LOUIS, MO 63110

| | |
|---|---|
| **Judge/Commissioner Assigned** | HOGAN, ELIZABETH BYRNE |
| **Date Filed** | 06/15/2023 |
| **Location** | City of St. Louis |
| **Case Type** | CC Pers Injury-Malpractice |
| **Disposition** | Not Disposed |
| **Financial Information** | |

Case: 4:24-cv-00788-SEP Doc. #: 16 Filed: 06/25/24 Page: 2 of 73 PageID #: 13

Casenet: 2322-CC00788 DONALD BARNETT V BARNES-JEWISH HOSPITAL ET AL - Case Header

**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**05/14/2024**

**Summons Personally Served**
Document ID - 24-SMCC-2005; Served To - DAVID TESTRAKE, M.D.; Served Date - 05/14/2024; Served Time - 08:30:00; Service Type - SD; Reason Description - SERV; Service Text -
**Notice of Service**
CITY SERVICE; Electronic Filing Certificate of Service.

**04/23/2024**

**Alias Summons Issued**
Document ID: 24-SMCC-2005, for TESTRAKE, M.D., DAVID.
**Alias Summons Requested**
Fee Paid for Alias Summons Request; Electronic Filing Certificate of Service.
  **Filed By:** NICOLE BURLISON KNEPPER
  **On Behalf Of:** DONALD BARNETT

**04/22/2024**

**Jury Trial Scheduled**

  **Scheduled For:** 10/20/2025; 8:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
**Order for Continuance**
Joint motion for continuance was granted. So Ordered: Elizabeth B. Hogan, Judge
**Hearing/Trial Cancelled**

  **Associated Entries: 03/27/2024 - Hearing Continued/Rescheduled**
  **Associated Entries: 03/27/2024 - Jury Trial Scheduled**
  **Scheduled For:** 07/01/2024; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**04/12/2024**

**Alias Summons Requested**
Request for Alias Summons for David Testrake, M.D.; Electronic Filing Certificate of Service.
  **Filed By:** NICOLE BURLISON KNEPPER
  **On Behalf Of:** DONALD BARNETT

**03/27/2024**

**Jury Trial Scheduled**

  **Associated Entries: 04/22/2024 - Hearing/Trial Cancelled**
  **Scheduled For:** 07/01/2024; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis
**Hearing Continued/Rescheduled**

  **Associated Entries: 06/30/2023 - Jury Trial Scheduled**
  **Associated Entries: 04/22/2024 - Hearing/Trial Cancelled**
  **Hearing Continued From:** 05/13/2024; 9:00 AM Jury Trial

**01/16/2024**

**Cert Serv Answers Interrog Fil**
Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** MAUREEN BRYAN
  **On Behalf Of:** THE WASHINGTON UNIVERSITY

**12/07/2023**

**Cert Serv Answers Interrog Fil**
Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** NICOLE BURLISON KNEPPER
  **On Behalf Of:** DONALD BARNETT
**Certificate of Service**
Certificate of Service; Electronic Filing Certificate of Service.
  **Filed By:** NICOLE BURLISON KNEPPER
  **On Behalf Of:** DONALD BARNETT

**10/20/2023**

**Cert Serv of Prod of Docs, etc**

Certificate of Service of Response to Production; Electronic Filing Certificate of Service.

**Filed By:** JONATHAN HUNT GARSIDE

**On Behalf Of:** BARNES JEWISH HOSPITAL

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** NICOLE BURLISON KNEPPER

**On Behalf Of:** DONALD BARNETT

**10/13/2023**

**Cert Serv Answers Interrog Fil**

Certificate of Service of Answers to Interrogatories; Electronic Filing Certificate of Service.

**Filed By:** JONATHAN HUNT GARSIDE

**On Behalf Of:** BARNES JEWISH HOSPITAL

**09/27/2023**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** MAUREEN BRYAN

**On Behalf Of:** THE WASHINGTON UNIVERSITY

**09/08/2023**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**On Behalf Of:** DONALD BARNETT

**09/05/2023**

**Notc Change of Address Filed**

Notice of Change of Attorney Law Firm; Electronic Filing Certificate of Service.

**Filed By:** JONATHAN HUNT GARSIDE

**On Behalf Of:** BARNES JEWISH HOSPITAL

**08/31/2023**

**Withdrawal of Attorney Filed**

Withdrawal of Appearance of Caitlin Meyers; Electronic Filing Certificate of Service.

**Filed By:** CAITLIN MEYERS

**On Behalf Of:** BARNES JEWISH HOSPITAL

**08/14/2023**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** NICOLE BURLISON KNEPPER

**On Behalf Of:** DONALD BARNETT

**Certificate of Service**

Certificate of Service of Barnes-Jewish Hospitals First Interrogatories and First Requests for Production of Documents to Plaintiff; Electronic Filing Certificate of Service.

**Filed By:** CAITLIN MEYERS

**On Behalf Of:** BARNES JEWISH HOSPITAL

**Answer Filed**

Answer of Barnes-Jewish Hospital to Plaintiffs Petition; Electronic Filing Certificate of Service.

**Filed By:** CAITLIN MEYERS

**On Behalf Of:** BARNES JEWISH HOSPITAL

**08/11/2023**

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** CAITLIN MEYERS

**On Behalf Of:** BARNES JEWISH HOSPITAL

**Entry of Appearance Filed**

Entry of Appearance; Electronic Filing Certificate of Service.

**Filed By:** JONATHAN HUNT GARSIDE

**On Behalf Of:** BARNES JEWISH HOSPITAL

**08/10/2023**

**Certificate of Service**

Certificate of Service; Electronic Filing Certificate of Service.

**Filed By:** NICOLE BURLISON KNEPPER

**On Behalf Of:** DONALD BARNETT

**08/07/2023**

**Cert Serv Req Prod Docs Things**

Certificate of Service, Electronic Filing Certificate of Service.
> **Filed By:** MAUREEN BRYAN
> **On Behalf Of:** THE WASHINGTON UNIVERSITY

**Answer Filed**

Defendant Washington Universitys Answer to Petition; Electronic Filing Certificate of Service.
> **Filed By:** MAUREEN BRYAN
> **On Behalf Of:** THE WASHINGTON UNIVERSITY

**07/20/2023**

**Corporation Served**

Document ID - 23-SMCC-3360; Served To - THE WASHINGTON UNIVERSITY; Server - N RILEY, SERVICE DEPUTY; Served Date - 19-JUL-23; Served Time - 15:30:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - COPY/DAWN PESTI W/F 55

**07/19/2023**

**Entry of Appearance Filed**

Entry of Appearance - Gearin, Bryan for Washington University; Electronic Filing Certificate of Service.
> **Filed By:** MAUREEN BRYAN
> **On Behalf Of:** THE WASHINGTON UNIVERSITY

**Corporation Served**

Document ID - 23-SMCC-3361; Served To - BARNES JEWISH HOSPITAL; Server - ; Served Date - 13-JUL-23; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

**07/18/2023**

**Corporation Served**

Document ID - 23-SMCC-3359; Served To - TESTRAKE, M.D., DAVID; Server - D BOYD, SERVICE DEPUTY; Served Date - 17-JUL-23; Served Time - 10:04:00; Service Type - Sheriff Department; Reason Description - Non-est; Service Text - NO LONGER EMPLOYED THERE PER RISK MNGMENT DAWN PESTI W/F 50'S

**07/10/2023**

**Withdrawal of Attorney Filed**

Withdrawal of Counsel AND Substitution of Counsel.
> **Filed By:** MATTHEW JOSEPH PADBERG
> **On Behalf Of:** DONALD BARNETT

**06/30/2023**

**Jury Trial Scheduled**

> **Associated Entries: 03/27/2024 - Hearing Continued/Rescheduled**
> **Scheduled For:** 05/13/2024; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**06/15/2023**

**Summons Issued-Circuit**

Document ID: 23-SMCC-3361, for BARNES JEWISH HOSPITAL.

**Summons Issued-Circuit**

Document ID: 23-SMCC-3360, for THE WASHINGTON UNIVERSITY.

**Summons Issued-Circuit**

Document ID: 23-SMCC-3359, for TESTRAKE, M.D., DAVID.

**Filing Info Sheet eFiling**

> **Filed By:** MATTHEW JOSEPH PADBERG

**Affidavit Filed**

Affidavit of Attorney Testrake.
> **Filed By:** MATTHEW JOSEPH PADBERG
> **On Behalf Of:** DONALD BARNETT

**Affidavit Filed**

Affidavit of Attorney WashU.
> **Filed By:** MATTHEW JOSEPH PADBERG

**Affidavit Filed**

Affidavit of Attorney BJH.
> **Filed By:** MATTHEW JOSEPH PADBERG

**Pet Filed in Circuit Ct**

Petition.
> **Filed By:** MATTHEW JOSEPH PADBERG

**Judge Assigned**

2322-CC01188

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: _____ |
| | ) |
| BARNES-JEWISH HOSPITAL, | ) |
| **Serve Registered Agent:** | ) **Jury Trial Requested** |
| CSC-Lawyers Incorporating Service Co. | ) |
| 221 Bolivar Street | ) |
| Jefferson City, MO  65101 | ) |
| | ) |
| and | ) |
| | ) |
| THE WASHINGTON UNIVERSITY, | ) |
| **Serve:** | ) |
| Chancellor | ) |
| 1 Brookings Drive | ) |
| St. Louis, MO  63130 | ) |
| | ) |
| AND | ) |
| | ) |
| DAVID TESTRAKE, M.D., | ) |
| **Serve At:** | ) |
| 660 South Euclid Avenue | ) |
| St. Louis, MO  63110 | ) |
| | ) |
| Defendants. | ) |

## **PETITION**

COMES NOW Plaintiff Donald Barnett, and for his cause of action against

Defendants, states as follows:

1.  The incidents described herein occurred within the City of St. Louis, State

of Missouri.

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

2.    At all times herein mentioned Plaintiff Donald Barnett is a resident and citizen of the State of Illinois.

3.    At all times herein mentioned Plaintiff Donald Barnett is and was the next of kin and natural father of the deceased, Kaitlin Barnett.

4.    Defendant Barnes- Jewish Hospital is a Missouri corporation organized and existing under and by virtue of laws of the state of Missouri.

5.    At all times mentioned herein Defendant The Washington University is and was a corporation licensed to do business in the State of Missouri.

6.    At All times herein Defendant David Testrake, MD is and was a resident and citizen of the State of Missouri.

7.    At all times mentioned herein Defendant David Testrake, MD was an employee of Defendant The Washington University.

8.    At all times mentioned herein Defendant Barnes-Jewish Hospital was the employer of medical health staff including, but not limited to, medical doctors, registered nurses and staff that rendered care and treatment to Kaitlin Barnett.

9.    On or about April 21, 2022, Kaitlin Barnett underwent gastric bypass surgery and was discharged.

10.    On or about May 5, 2022, Kaitlin Barnett returned to Barnes-Jewish Hospital and was treated for SMV thrombosis, treated non-surgically, and was discharged on May 19, 2022.

2

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

11.     That on or about May 25, 2022, Kaitlin Barnett was readmitted to Barnes-Jewish Hospital with complaints of severe abdominal pain.  She was diagnosed with perforation and underwent exploratory laparotomy and small bowel resection.

12.     On or about June 15, 2022, Kaitlin Barnett returned to the operating room for tracheostomy placement.

13.     On or about June 16, 2022, there was concern for tracheostomy dislodgement.

14.     On or about June 17, 2022, a tracheostomy exchange at bedside was attempted but not successful.  Kaitlin Barnett experienced hypoxia and bradycardia and required multiple defibrillation and ultimately expired.

15.     Defendant The Washington University, by and through its employees, and the individually named Defendant David Testrake, MD, was careless and negligent in that they failed to use the degree of skill and learning ordinarily used under the same or similar circumstances by similar health care providers in the following respects:

     (a)    Failed to reposition tracheostomy prior to leaving the operating room on June 15, 2022;

     (b)    Failed to change out tracheostomy sizes prior to leaving the operating room on June 15, 2022;

     (c)    Failed to return to the operating room to exchange and revise tracheostomy; and

     (d)    Failed to take all necessary steps to ensure safely exchanging the tracheostomy tube.

3

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

16.   Defendant Barnes-Jewish Hospital employed doctors, nurses and other health care providers that were careless and negligent in that they failed to use the degree of skill and learning ordinarily used under the same or similar circumstances by similar health care providers in the following aspects:

> (a)   Failed to reposition tracheostomy prior to leaving the operating room on June 15, 2022;
>
> (b)   Failed to change out tracheostomy sizes prior to leaving the operating room on June 15, 2022;
>
> (c)   Failed to return to the operating room to exchange and revise tracheostomy; and
>
> (d)   Failed to take all necessary steps to ensure safely exchanging the tracheostomy tube.

17.   As a direct and proximate result of the negligence of Defendants, Plaintiff's decedent Kaitlin Barnett died.

18.   Plaintiff brings this action pursuant to the Missouri wrongful death statute, and hereby seeks all damages as allowed by law for the wrongful death of Kaitlin Barnett, including, but not limited to, the loss of society, companionship, care, instruction, guidance and counsel, to recover for conscious pain and suffering Kaitlin Barnett suffered prior to her death, to recover for economic losses, including, but not limited to, funeral expenses and other economic losses.

WHEREFORE, Plaintiff prays judgment against Defendants in such sum as is fair and reasonable, said sum to be in excess of Twenty-Five Thousand Dollars ($25,000.00),

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

together with his costs herein expended, plus any other and further relief which the Court

deems just under the circumstances.

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


*/s/ Matthew J. Padberg*
Matthew J. Padberg, #31431
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
mjp@padberglaw.com

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,     )
            )
 Plaintiff,      )
            )
v.           ) Case No.: _____
            )
BARNES-JEWISH HOSPITAL,   )
**Serve Registered Agent:**    ) **Jury Trial Requested**
CSC-Lawyers Incorporating Service Co. )
221 Bolivar Street      )
Jefferson City, MO  65101    )
            )
   and      )
            )
THE WASHINGTON UNIVERSITY,  )
**Serve:**         )
Chancellor        )
1 Brookings Drive      )
St. Louis, MO  63130     )
            )
   AND      )
            )
DAVID TESTRAKE, M.D.,    )
**Serve At:**        )
660 South Euclid Avenue    )
St. Louis, MO  63110     )
            )
 Defendants.      )

## AFFIDAVIT OF ATTORNEY

The undersigned, MATTHEW J. PADBERG, hereby states that he has obtained

the written opinion of a legally qualified health care provider, which states, in essence,

that Defendant **BARNES-JEWISH HOSPITAL** failed to use such care as a reasonably

prudent and careful health care provider would have used under similar circumstances,

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

and that such failure to use such reasonable care directly caused or directly contributed to cause the damages claimed in Plaintiff's Petition.

Plaintiffs' attorney further states that the health care provider from whom the opinion has been obtained is a general surgeon licensed to practice medicine in the State of Ohio, whose identity is: Scott Hockenberry, M.D., FACS, 2388 Commonwealth Park, N., Bexley, OH 43209.

STATE OF MISSOURI      )
                       )SS
CITY OF ST. LOUIS      )

I, **MATTHEW J. PADBERG**, Affiant herein, first being duly sworn upon my oath, state the facts contained in the foregoing document are true to the best of my knowledge, information and belief.

_____
Matthew J. Padberg

On this 14th day of June, 2023, before me, a Notary Public in and for said State, personally appeared **MATTHEW J. PADBERG**, Affiant herein, known to me to be the person who executed this document, and that he acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My Commission Expires:

1-31-26

2

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


/s/ Matthew J. Padberg
Matthew J. Padberg    #31431
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
mjp@padberglaw.com

**2322-CC01188**

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DONALD BARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| BARNES-JEWISH HOSPITAL, ) | |
| **Serve Registered Agent:** ) | **Jury Trial Requested** |
| CSC-Lawyers Incorporating Service Co. ) | |
| 221 Bolivar Street ) | |
| Jefferson City, MO  65101 ) | |
| ) | |
| and ) | |
| ) | |
| THE WASHINGTON UNIVERSITY, ) | |
| **Serve:** ) | |
| Chancellor ) | |
| 1 Brookings Drive ) | |
| St. Louis, MO  63130 ) | |
| ) | |
| AND ) | |
| ) | |
| DAVID TESTRAKE, M.D., ) | |
| **Serve At:** ) | |
| 660 South Euclid Avenue ) | |
| St. Louis, MO  63110 ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF ATTORNEY

The undersigned, MATTHEW J. PADBERG, hereby states that he has obtained

the written opinion of a legally qualified health care provider, which states, in essence,

that Defendant **THE WASHINGTON UNIVERSITY** failed to use such care as a

reasonably prudent and careful health care provider would have used under similar

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

circumstances, and that such failure to use such reasonable care directly caused or directly contributed to cause the damages claimed in Plaintiff's Petition.

Plaintiffs' attorney further states that the health care provider from whom the opinion has been obtained is a general surgeon licensed to practice medicine in the State of Ohio, whose identity is: Scott Hockenberry, M.D., FACS, 2388 Commonwealth Park, N., Bexley, OH 43209.

STATE OF MISSOURI    )
                     )SS
CITY OF ST. LOUIS    )

I, **MATTHEW J. PADBERG**, Affiant herein, first being duly sworn upon my oath, state the facts contained in the foregoing document are true to the best of my knowledge, information and belief.

_____
Matthew J. Padberg

On this 14th day of June, 2023, before me, a Notary Public in and for said State, personally appeared **MATTHEW J. PADBERG**, Affiant herein, known to me to be the person who executed this document, and that he acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My Commission Expires:

1-31-26



2

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


/s/ Matthew J. Padberg
Matthew J. Padberg    #31431
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
mjp@padberglaw.com

3

**2322-CC01188**

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                                )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )  Case No.: _____
                                               )
BARNES-JEWISH HOSPITAL,                        )
**Serve Registered Agent:**                    )  **Jury Trial Requested**
CSC-Lawyers Incorporating Service Co.          )
221 Bolivar Street                             )
Jefferson City, MO  65101                      )
                                               )
        and                                    )
                                               )
THE WASHINGTON UNIVERSITY,                     )
**Serve:**                                     )
Chancellor                                     )
1 Brookings Drive                              )
St. Louis, MO  63130                           )
                                               )
        AND                                    )
                                               )
DAVID TESTRAKE, M.D.,                          )
**Serve At:**                                  )
660 South Euclid Avenue                        )
St. Louis, MO  63110                           )
                                               )
        Defendants.                            )

## AFFIDAVIT OF ATTORNEY

The undersigned, MATTHEW J. PADBERG, hereby states that he has obtained

the written opinion of a legally qualified health care provider, which states, in essence,

that Defendant **DAVID TESTRAKE, M.D.** failed to use such care as a reasonably

prudent and careful health care provider would have used under similar circumstances,

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

and that such failure to use such reasonable care directly caused or directly contributed to cause the damages claimed in Plaintiff's Petition.

Plaintiffs' attorney further states that the health care provider from whom the opinion has been obtained is a general surgeon licensed to practice medicine in the State of Ohio, whose identity is: Scott Hockenberry, M.D., FACS, 2388 Commonwealth Park, N., Bexley, OH 43209.

STATE OF MISSOURI   )
                      )SS
CITY OF ST. LOUIS     )

I, **MATTHEW J. PADBERG**, Affiant herein, first being duly sworn upon my oath, state the facts contained in the foregoing document are true to the best of my knowledge, information and belief.

_____
(Matthew J. Padberg

On this 14th day of June, 2023, before me, a Notary Public in and for said State, personally appeared **MATTHEW J. PADBERG**, Affiant herein, known to me to be the person who executed this document, and that he acknowledged to me that he executed the same for the purposes therein stated.

_____
Notary Public

My Commission Expires:

1-31-26



2

Electronically Filed - City of St. Louis - June 15, 2023 - 11:10 AM

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


*/s/ Matthew J. Padberg*
Matthew J. Padberg    #31431
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
mjp@padberglaw.com

3



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO  63103 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **DAVID TESTRAKE, M.D.**
**Alias:**

660 SOUTH EUCLID AVENUE
ST. LOUIS, MO  63110

*COURT SEAL OF*

*CITY OF ST LOUIS*

> SHERIFF'S FEE PAID

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| June 15, 2023 | |
|---|---|
| Date | Circuit Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

| Date | Notary Public |
|---|---|

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
| Plaintiff/Petitioner:<br>DONALD BARNETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO 63103 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   THE WASHINGTON UNIVERSITY
Alias:

CHANCELLOR
1 BROOKINGS DRIVE
ST. LOUIS, MO 63130

SHERIFF'S FEE PAID

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CITY OF ST LOUIS**

_____June 15, 2023_____          _____
Date                                          Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____
_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

**(Seal)**

My commission expires: _____          _____
Date                                          Notary Public

**Sheriff's Fees, if applicable**
Summons                    $_____
Non Est                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge     $_____10.00_____
Mileage                    $_____ (_____ miles @ $._____ per mile)
Total                      $_____

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO 63103 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **BARNES JEWISH HOSPITAL**
                          **Alias:**

CSC LAWYERS INC SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**SHERIFF OF COLE COUNTY**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____June 15, 2023_____           _____
Date                                   Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____     _____
                          Date                  Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 23-SMCC-3361** 1 of 1 (2322-CC01188)    Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - CITY OF ST. LOUIS - July 10, 2023 - 10:50 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  2322-CC01188 |
| | ) |
| BARNES-JEWISH HOSPITAL, | ) |
| THE WASHINGTON UNIVERSITY, | ) |
| and DAVID TESTRAKE, M.D., | ) |
| | ) |
| Defendants. | ) |

## WITHDRAWAL OF COUNSEL/SUBSTITUTION OF COUNSEL

COMES NOW Matthew J. Padberg, and hereby withdraws as counsel for Plaintiff

Donald Barnett in the above-styled case.

Nicole Burlison Knepper of the law firm of Padberg Appelbaum Knepper enters her

appearance for Plaintiff Donald Barnett.

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Matthew J. Padberg*
Matthew J. Padberg      #31431
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
mjp@padberglaw.com

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper      #60025
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - July 10, 2023 - 10:50 AM

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.


/s/ Matthew J. Padberg



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO 63103 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: DAVID TESTRAKE, M.D.
Alias:

660 SOUTH EUCLID AVENUE
ST. LOUIS, MO 63110

**SHERIFF'S FEE PAID**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____June 15, 2023_____     _Thomas Hoyzinger_
Date                                            Circuit Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____(name) _____(title)
☑ other: _NIE, no longer employed there per Risk MNGMNT, Dawn Petti_
Served at _w/F 50's._____(address)
in _____ (County/City of St. Louis), MO, on _07-17-23_ (date) at _10⁰⁴ A_ (time).

_D/S D. Boyd - # 619_                    _D/S D. Boyd - # 619_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                              Date                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

_07-15-23_



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
| --- | --- | --- |
| Plaintiff/Petitioner:<br>DONALD BARNETT | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO 63103 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: DAVID TESTRAKE, M.D.
Alias:

660 SOUTH EUCLID AVENUE
ST. LOUIS, MO 63110

**SHERIFF'S FEE PAID**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

June 15, 2023
Date

Circuit Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date                              Notary Public

| Sheriff's Fees, if applicable | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - July 19, 2023 - 04:14 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No:  2322-CC01188 |
| vs. | ) | |
| | ) | Division No. 1 |
| BARNES-JEWISH HOSPITAL, THE | ) | |
| WASHINGTON UNIVERSITY, and DAVID | ) | **JURY TRIAL DEMANDED** |
| TESTRAKE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COME NOW Timothy J. Gearin and Maureen Bryan of the law firm Armstrong Teasdale

LLP, and hereby enter their appearance on behalf of Defendant The Washington University.


ARMSTRONG TEASDALE LLP


By:  */s/Maureen Bryan*
     Timothy J. Gearin       #39133
     Maureen Bryan       #49454
     7700 Forsyth Blvd., Suite 1800
     St. Louis, Missouri 63105
     314.621.5070   FAX:  314.237.1535
     tgearin@atllp.com
     mbryan@atllp.com
     E-serveBTC@atllp.com

     ATTORNEYS FOR DEFENDANT THE
     WASHINGTON UNIVERSITY

Electronically Filed - CITY OF ST. LOUIS - July 19, 2023 - 04:14 PM

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **19th** day of **July**, **2023**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Matthew J. Padberg
Padberg Appelbaum Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
mjp@padberglaw.com
*Attorneys for Plaintiff*

*/s/Maureen Bryan*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO  63103 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  THE WASHINGTON UNIVERSITY
Alias: *600 S. Taylor, Suite 132*

CHANCELLOR
1 BROOKINGS DRIVE
ST. LOUIS, MO  63130

**COURT SEAL OF**

**SHERIFF'S FEE PAID**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CITY OF ST LOUIS**

June 15, 2023
_____        _____
Date                                          Circuit Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☒ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _Kari Dept. Dawn Pesti W/F/55_, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _St. Louis, MO_ (County/City of St. Louis), MO, on _7/19/23_ (date) at _3³⁰ᵖᵐ_ (time).

_Neil A. Riley_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
                                        Date                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW JOSEPH PADBERG<br>1926 CHOUTEAU AVENUE<br>SAINT LOUIS, MO 63103 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | 23 JUL 13 AM 10:27 |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** THE WASHINGTON UNIVERSITY
**Alias:**

CHANCELLOR
1 BROOKINGS DRIVE
ST. LOUIS, MO 63130

*COURT SEAL OF*

*CITY OF ST LOUIS*

**SHERIFF'S FEE PAID**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____June 15, 2023_____     _____
Date                                         Circuit Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                         Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

DONALD BARNETT,                          )
                                         )
          Plaintiff,                     )
                                         )          Cause No:  2322-CC01188
vs.                                      )
                                         )          Division No. 1
BARNES-JEWISH HOSPITAL, THE              )
WASHINGTON UNIVERSITY, and DAVID         )          **JURY TRIAL DEMANDED**
TESTRAKE, M.D.,                          )
                                         )
          Defendants.                    )

### DEFENDANT THE WASHINGTON UNIVERSITY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S PETITION

COMES NOW Defendant The Washington University ("Defendant"), by and through counsel, and for its Answer and Affirmative Defenses to Plaintiff's Petition, states as follows:

1.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Petition and, therefore, denies the same.

2.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Petition and, therefore, denies the same.

3.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Petition and, therefore, denies the same.

4.      Upon information and belief, Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Petition.

5.      Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Petition.

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Petition.

7. Defendant admits the allegations contained in Paragraph 7 of Plaintiff's Petition.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Petition and, therefore, denies the same.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Petition and, therefore, denies the same.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 of Plaintiff's Petition and, therefore, denies the same.

11. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Petition and, therefore, denies the same.

12. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Petition and, therefore, denies the same.

13. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Petition and, therefore, denies the same.

14. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Petition and, therefore, denies the same.

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

15.     Defendant denies the allegations contained in Paragraph 15, including each discreet subpart (a) through (d) of Plaintiff's Petition.

16.     Paragraph 16 is not directed to this Defendant and therefore no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 16, including each discreet subpart (a) through (d) of Plaintiff's Petition.

17.     Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Petition.

18.     Paragraph 18 contains a legal conclusion to which an answer is not required. To the extent an answer is required, Defendant denies the allegations in Paragraph 18 of Plaintiff's Petition.

## JURY TRIAL DEMANDED

## AFFIRMATIVE DEFENSES

1.     Plaintiff's Petition fails to state a cause of action against Defendant for which relief can be granted.

2.     If Defendant is found to be liable to Plaintiff then Defendant is entitled to and prays for an allocation of comparative fault among all appropriate parties, individuals, and entities, including Decedent, whom the evidence indicates caused or contributed to cause the claims alleged by the Plaintiff, as further set forth in the succeeding paragraphs.

3.     Defendant states that any and all injuries suffered by Decedent, the fact of which is expressly denied by Defendant, were the direct and/or proximate result of Decedent's own negligence, recklessness, wrongful conduct, fault and/or assumption of the risk, including that Decedent failed to follow Defendant's treatment plan and/or subsequent treating physicians' treatment plans. Therefore, Plaintiff's alleged claims are barred by reason of the foregoing, and, in the event that any judgment or recovery is had against Defendant by Plaintiff, Defendant is

3

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

entitled to a reduction of any such judgment or recovery in direct proportion to the percentage of comparative fault attributable to Decedent.

4.      Defendant states that any and all injuries suffered by Decedent, the fact of which Defendant expressly denies, were the direct and/or proximate result of allergies, sensitivities, medical conditions, reactions and/or idiosyncrasies peculiar to Decedent which were unknown, unknowable, and not reasonably foreseeable to Defendant, and not as a direct and/or proximate result of wrongful or negligent conduct on the part of Defendant.

5.      Defendant states that any and all injuries suffered by Decedent, the fact of which Defendant expressly denies, were the direct and/or proximate result of the negligence, carelessness, recklessness, other wrongful conduct, and superseding and/or intervening acts or omissions of persons and/or entities over whom Defendant had no control and no right to control and for which Defendant cannot be liable.

6.      Defendant states that Plaintiff's claims should be barred or otherwise comparatively reduced by Decedent's failure to mitigate damages.

7.      Defendant intends to rely upon the benefits of RSMo. Chapters 537 and 538, as amended by House Bill 393 on August 28, 2005 including, but not limited to, Sections 537.060, 537.067, 538.205, 538.210, 538.215, 538.220, 538.225, 538.228, 538.229, 538.232, 538.235, 538.300, and 538.305, as each may pertain to this cause of action.  To the extent it may be deemed necessary for Defendant to request this Honorable Court to apply any of the sections of Chapters 537 or 538, Defendant hereby specifically requests such application.

8.      If this cause of action is submitted to a trier of fact for determination, Defendant prays that the trier of fact determine the relative distribution of fault, apportioning fault between Defendant and other parties to this case at the time of submission of the case.

4

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

9.     If Defendant is found to be liable to the Plaintiff, Defendant requests and is entitled to a set-off and/or reduction pursuant to §537.060 RSMo., for the amount of any settlement between Plaintiff and any other defendant, person, or entity whether made a party to the action or not, who may have previously entered into a release, a covenant not to sue, or similar agreement with Plaintiff for a claim arising out of the alleged transaction which forms the basis of Plaintiff's cause of action (hereinafter "settling tortfeasor(s)"), or the amount paid to the Plaintiff by any other defendant(s) or settling tortfeasor(s), whichever is greater.

10.     If the trier of fact finds in favor of Plaintiff and awards Plaintiff damages, and if Defendant is found to bear less than fifty-one percent (51%) of fault, then Defendant shall only be responsible for the percentage of the judgment for which Defendant is determined to be responsible by the trier of fact, pursuant to §537.067 RSMo.

11.     If the trier of fact finds in favor of Plaintiff and awards Plaintiff non-economic damages in an amount exceeding the limit set by §538.210, then Defendant requests that any award of non-economic damages be reduced by the Court, pursuant to Section 538.215.3, to the maximum amount as provided in Section 538.210 RSMo., which Defendant asserts is one non-economic damage cap.

12.     Defendant intends to rely on the limitation on liability for non-employees in §538.210.3(3) RSMo.

13.     If the trier of fact finds in favor of Plaintiff and awards Plaintiff damages pursuant to §538.215 RSMo., Defendant requests that the trier of fact itemize any such damages between past economic damages, past non-economic damages, future medical damages, future economic damages excluding future medical damages, and future non-economic damages, but only insofar as each of those categories of damages is plead and submissible.

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

14.     If the trier of fact finds in favor of Plaintiff and awards Plaintiff damages pursuant to §538.215, Defendant requests that the trier of fact reduce to present value all future damages awarded pursuant to §538.215 RSMo.

15.     If the trier of fact awards Plaintiff future economic and/or non-economic damages in excess of one hundred thousand dollars, Defendant requests that the Court include in the judgment a requirement that any future damages exceeding one hundred thousand dollars be paid in periodic/installment payments pursuant to §538.220 RSMo.  In the event that Defendant and Plaintiff are unable to agree upon the manner of payment of future damages, Defendant requests that the Court order the periodic installment payments to be paid over the life expectancy of the recipient(s) of those future damages.

16.     Defendant intends to rely upon the provisions of §490.715, including but not limited to the provision on medical bills as set forth in §490.715.5(2) RSMo., which relates to the presumption of the reasonableness of the medical damages sustained by Plaintiff.

WHEREFORE, Defendant The Washington University denies Plaintiff is entitled to judgment in any amount whatsoever and prays this Court enter judgment in its favor and against Plaintiff, award Defendant costs of this action, and for such other relief as this Court deems just and proper.

**DEFENDANT DEMANDS A TRIAL BY JURY**

6

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

ARMSTRONG TEASDALE LLP


By: */s/ Maureen Bryan*

Timothy J. Gearin                    #39133
Maureen Bryan                      #49454
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070    FAX:  314.237.1535
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT THE
WASHINGTON UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **7th** day of **August 2023**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Matthew J. Padberg
Padberg Appelbaum Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
mjp@padberglaw.com
*Attorneys for Plaintiff*


*/s/ Maureen Bryan*

7

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No:  2322-CC01188 |
| vs. | ) | |
| | ) | Division No. 1 |
| BARNES-JEWISH HOSPITAL, THE | ) | |
| WASHINGTON UNIVERSITY, and DAVID | ) | **JURY TRIAL DEMANDED** |
| TESTRAKE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

1.   Defendant The Washington University's First Set of Interrogatories Directed to Plaintiff.

2.   Defendant The Washington University's First Request for Production Directed to Plaintiff.

The undersigned hereby certifies that a true and correct copy of the foregoing documents were sent via e-mail in PDF format on this the **7th** day of **August 2023** to: Matthew J. Padberg at Padberg Appelbaum Knepper, mjp@padberglaw.com, *Attorneys for Plaintiff.*

Electronically Filed - CITY OF ST. LOUIS - August 07, 2023 - 10:42 AM

ARMSTRONG TEASDALE LLP


By:  */s/ Maureen Bryan*

    Timothy J. Gearin         #39133
    Maureen Bryan         #49454
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070   FAX:  314.237.1535
    tgearin@atllp.com
    mbryan@atllp.com
    E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT THE
WASHINGTON UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **7th** day of **August 2023**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Matthew J. Padberg
Padberg Appelbaum Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
mjp@padberglaw.com
*Attorneys for Plaintiff*


                      */s/ Maureen Bryan*

Electronically Filed - CITY OF ST. LOUIS - August 10, 2023 - 02:29 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were served upon Defendant The Washington University, via electronic mail only, in Word format, on this 10th day of August, 2023, to: Timothy J. Gearin and Maureen Bryan, Armstrong Teasdale, LLP, Attorneys for Defendant The Washington University, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; BTC@atllp.com;

- Plaintiff's First Set of Interrogatories Directed to Defendant The Washington University; and
- Plaintiff's First Request for Production of Documents Directed to Defendant The Washington University.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - August 11, 2023 - 12:27 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                          )
                                         )
        Plaintiff,                       )
                                         )        Cause No.: 2322-CC01188
vs.                                      )
                                         )
BARNES-JEWISH HOSPITAL,                  )
THE WASHINGTON UNIVERSITY, AND           )
DAVID TESTRAKE, M.D.,                    )
                                         )
        Defendants.                      )

## ENTRY OF APPEARANCE

COMES NOW Caitlin M. Meyers of Greensfelder, Hemker & Gale, P.C. and hereby

enters her appearance on behalf of Defendant Barnes-Jewish Hospital in the above-captioned

matter.

GREENSFELDER, HEMKER & GALE, P.C.


    */s/ Caitlin M. Meyers*
Jonathan H. Garside, #48523
Caitlin M. Meyers, #68381
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 345-4723
Fax: (314) 241-1265
jgarside@greensfelder.com
cmeyers@greensfelder.com

*Attorneys for Defendant Barnes-Jewish Hospital*

Electronically Filed - CITY OF ST. LOUIS - August 11, 2023 - 12:27 PM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

Nicole Burlison Knepper
Padberg Appelbaum Knepper
1926 Chouteau Ave.
St. Louis, MO 63103
nicole@padberglaw.com

*Attorneys for Plaintiff*

Timothy J. Gearin
Maureen Bryan
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com

*Attorneys for Defendant The Washington University*

    */s/ Caitlin M. Meyers*

4879-8151-0518, v. 1

Electronically Filed - CITY OF ST. LOUIS - August 11, 2023 - 12:26 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 2322-CC01188 |
| vs. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, AND | ) | |
| DAVID TESTRAKE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Jonathan H. Garside of Greensfelder, Hemker & Gale, P.C. and hereby enters his appearance on behalf of Defendant Barnes-Jewish Hospital in the above-captioned matter.

GREENSFELDER, HEMKER & GALE, P.C.


*/s/ Jonathan H. Garside*
Jonathan H. Garside, #48523
Caitlin M. Meyers, #68381
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 345-4723
Fax: (314) 241-1265
jgarside@greensfelder.com
cmeyers@greensfelder.com

*Attorneys for Defendant Barnes-Jewish Hospital*

Electronically Filed - CITY OF ST. LOUIS - August 11, 2023 - 12:26 PM

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

Nicole Burlison Knepper
Padberg Appelbaum Knepper
1926 Chouteau Ave.
St. Louis, MO 63103
nicole@padberglaw.com

*Attorneys for Plaintiff*

Timothy J. Gearin
Maureen Bryan
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com

*Attorneys for Defendant The Washington University*

      */s/ Jonathan H. Garside*

2

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                          )
                                         )
        Plaintiff,                       )
                                         )    Cause No.: 2322-CC01188
vs.                                      )
                                         )
BARNES-JEWISH HOSPITAL,                  )
THE WASHINGTON UNIVERSITY, AND           )
DAVID TESTRAKE, M.D.,                    )
                                         )
        Defendants.                      )

**ANSWER OF BARNES-JEWISH HOSPITAL TO PLAINTIFF'S PETITION**

COMES NOW Barnes-Jewish Hospital (BJH) by and through its attorneys of record, Greensfelder, Hemker & Gale, P.C., and for its Answer to plaintiff's Petition, states as follows:

1.      BJH admits the allegations in paragraph 1.

2.      BJH lacks sufficient information to form a reasonable belief as to the allegations contained in paragraph 2 and therefore, denies same.

3.      BJH admits the allegations in paragraph 3.

4.      BJH admits the allegations in paragraph 4.

5.      BJH admits the allegations in paragraph 5.

6.      BJH lacks sufficient information to form a reasonable belief as to the allegations contained in paragraph 6 and therefore, denies same.

7.      BJH lacks sufficient information to form a reasonable belief as to the allegations contained in paragraph 7 and therefore, denies same.

8.      BJH admits that it employed certain health care providers that rendered care and treatment to Kaitlin Barnett, but it expressly denies that it employed all "medical health staff" that rendered care and treatment to Kaitlin Barnett.

1

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

9.    BJH admits that Kaitlin Barnett underwent a laparoscopic sleeve gastrectomy on April 21, 2022 but denies that she was discharged on April 21, 2022.

10.    BJH denies the allegations as stated but admits that on May 3, 2022, Kaitlin Barnett was admitted to BJH and was treated non-surgically for SMV thrombosis, among other things, and was discharged on May 19, 2022.

11.    BJH admits the allegations in paragraph 11.

12.    BJH admits the allegations in paragraph 12.

13.    BJH lacks sufficient information to form a reasonable belief as to the allegations contained in paragraph 13 and therefore, denies same.

14.    BJH admits that on June 17, 2022, Kaitlin Barnett underwent a tracheostomy exchange at the bedside. BJH further admits that on June 17, 2022, Kaitlin Barnett experienced hypoxia and bradycardia, was defibrillated three times, and ultimately expired. BJH is without sufficient information to form a reasonable belief as to the remaining allegations contained in paragraph 14 and therefore, denies same

15.    BJH denies the allegations in paragraph 15, including subparagraphs (a) through (d) thereof.

16.    BJH denies the allegations in paragraph 16, including subparagraphs (a) through (d) thereof.

17.    BJH denies the allegations in paragraph 17.

## ADDITIONAL AND AFFIRMATIVE DEFENSES

1.    Plaintiff's Petition fails to state a claim or cause of action for which relief can be granted against BJH.

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

2.    Plaintiff's injuries and damages, if any, are a direct and proximate result of the acts and omissions of persons not under BJH's control, and for whom BJH is not legally responsible.

3.    By way of further answer and additional defense, BJH provides notice to the Court and all parties that it intends to rely upon the rights and benefits of the provisions of the following Missouri law as such sections existed after August 28, 2005 and August 28, 2017: R.S.Mo. §§ 490.715, 537.060, 537.067, 538.205, 538.210, 538.215, 538.220, 538.225, 538.228, 538.229, 538.232, 538.300, 538.305 and 538.310.  BJH specifically reserves the right to seek the benefit of the limitation on non-economic damages, the right to itemize damages, and the right to pay for future damages in whole or in part in periodic installment payments.

4.    By way of further answer and as an additional defense, and pleading in the alternative, BJH states that it intends to rely upon the provision of R.S.Mo. §490.715, limiting the economic damages for medical expenses to the amounts actually paid to a healthcare provider.

5.    By way of further answer and as an additional defense, and pleading in the alternative, BJH states that if the trier of fact finds in favor of plaintiff and awards plaintiff damages, then pursuant to R.S.Mo. §538.215.2, BJH requests that all future damages which are itemized as required by R.S.Mo. §538.215.1 be expressed by the trier of fact at present value, and further requests pursuant to R.S.Mo. §538.215.3 that any award of non-economic damages in excess of the applicable cap be reduced by the Court to the maximum amount.

6.    Pursuant to R.S.Mo. §537.060, BJH asserts that in the event any judgment is rendered against BJH, BJH is entitled to a reduction in such judgment equal to the stipulated amounts set forth in any settlement agreement between plaintiff and any settling party, or the amount of the consideration paid by such party to plaintiff, whichever is greater.

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

7.      By way of further answer and as an additional defense, in the event of an adjudication of the issues in this case whereby BJH is held liable to respond in damages to plaintiff, BJH alleges that any loss, injury or damage to plaintiff was proximately caused or contributed to by the negligence, or other tortious acts, omissions and/or conduct of persons and/or entities other than BJH, and that, in the event BJH is found to bear less than 51% of fault, BJH shall only bear responsibility for the percentage of the judgment for which it is determined to be responsible by the trier of fact, pursuant to R.S.Mo. §537.067.

8.      By way of further answer and as an additional defense, in the event that it is found that there exists any liability, a determination of the comparative fault of the parties should be made and fault should be apportioned among all those who are parties, in relation to each party's relative fault.  An appropriate reduction should be made based on such apportionment.

9.      Plaintiff's claims are barred in whole or in part because the injuries and damages alleged by plaintiff may have been caused, in whole or in part, by an idiosyncratic reaction, operation of nature or act of God, or by pre-existing and/or unrelated medical, genetic and/or environmental conditions, infections, diseases or illnesses.

10.      BJH denies each and every allegation of the Petition that is not specifically admitted herein.

11.      BJH reserves the right to assert such additional defenses as the evidence may reveal in the course of discovery.

WHEREFORE, having fully answered plaintiff's Petition, defendant BJH respectfully requests to be dismissed from this cause with prejudice, together with its costs incurred herein, and awarded all such other and further relief as may be just and proper under the circumstances.

Defendant demands a trial by jury.

4

GREENSFELDER, HEMKER & GALE, P.C.


*/s/ Caitlin M. Meyers*
Jonathan H. Garside, #48523
Caitlin M. Meyers, #68381
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 345-4723
Fax: (314) 241-1265
jgarside@greensfelder.com
cmeyers@greensfelder.com

*Attorneys for Defendant Barnes-Jewish Hospital*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

| | |
|---|---|
| Nicole Burlison Knepper<br>Padberg Appelbaum Knepper<br>1926 Chouteau Ave.<br>St. Louis, MO 63103<br>nicole@padberglaw.com<br><br>*Attorneys for Plaintiff* | Timothy J. Gearin<br>Maureen Bryan<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>tgearin@atllp.com<br>mbryan@atllp.com<br>E-serveBTC@atllp.com<br><br>*Attorneys for Defendant The Washington University*<br><br>*/s/ Caitlin M. Meyers* |

4857-3260-6070

5

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 2322-CC01188 |
| vs. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, AND | ) | |
| DAVID TESTRAKE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Barnes-Jewish Hospital's First Interrogatories and

First Requests for Production of Documents to Plaintiff, in both Word and PDF format, were

sent via electronic mail on this 14th day of August, 2023 to:

| | |
|---|---|
| Nicole Burlison Knepper | Timothy J. Gearin |
| Padberg Appelbaum Knepper | Maureen Bryan |
| 1926 Chouteau Ave. | Armstrong Teasdale LLP |
| St. Louis, MO 63103 | 7700 Forsyth Blvd., Suite 1800 |
| nicole@padberglaw.com | St. Louis, MO 63105 |
| | tgearin@atllp.com |
| *Attorneys for Plaintiff* | mbryan@atllp.com |
| | E-serveBTC@atllp.com |
| | |
| | *Attorneys for Defendant The Washington University* |

1

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 10:48 AM

GREENSFELDER, HEMKER & GALE, P.C.

     */s/ Caitlin M. Meyers*

Jonathan H. Garside, #48523
Caitlin M. Meyers, #68381
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 345-4723
Fax: (314) 241-1265
jgarside@greensfelder.com
cmeyers@greensfelder.com

*Attorneys for Defendant Barnes-Jewish Hospital*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

| | |
|---|---|
| Nicole Burlison Knepper<br>Padberg Appelbaum Knepper<br>1926 Chouteau Ave.<br>St. Louis, MO 63103<br>nicole@padberglaw.com<br><br>*Attorneys for Plaintiff* | Timothy J. Gearin<br>Maureen Bryan<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, MO 63105<br>tgearin@atllp.com<br>mbryan@atllp.com<br>E-serveBTC@atllp.com<br><br>*Attorneys for Defendant The Washington University* |

     */s/ Caitlin M. Meyers*

4862-7581-1190

2

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                          )
                                         )
           Plaintiff,                    )        Cause No. 2322-CC01188
                                         )
v.                                       )
                                         )
BARNES-JEWISH HOSPITAL,                  )
THE WASHINGTON UNIVERSITY, and           )
DAVID TESTRAKE, MD,                      )
                                         )
           Defendants.                   )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were served upon Defendant Barnes-Jewish Hospital, via electronic mail only, in Word format, on this 14th day of August, 2023, to: Jonathan H. Garside and Caitlin M. Meyers, *Attorneys for Defendant Barnes-Jewish Hospital*, Greensfelder, Hemker & Gale, PC, 10 S. Broadway, Suite 2000, St. Louis, MO 63102, jgarside@greensfelder.com; cmeyers@greensfelder.com; and Timothy J. Gearin and Maureen Bryan, *Attorneys for Defendant The Washington University*, Armstrong Teasdale, LLP, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; e-servebtc@atllp.com;

- Plaintiff's First Set of Interrogatories Directed to Defendant Barnes-Jewish Hospital; and
- Plaintiff's First Request for Production of Documents Directed to Defendant Barnes-Jewish Hospital.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - August 14, 2023 - 02:08 PM

Electronically Filed - CITY OF ST. LOUIS - August 31, 2023 - 03:48 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                          )
                                         )
        Plaintiff,                       )
                                         )          Cause No.: 2322-CC01188
vs.                                      )
                                         )
BARNES-JEWISH HOSPITAL,                  )
THE WASHINGTON UNIVERSITY, AND           )
DAVID TESTRAKE, M.D.,                    )
                                         )
        Defendants.                      )

## WITHDRAWAL OF APPEARANCE

COMES NOW Caitlin M. Meyers, and hereby withdraws as counsel for Defendant

Barnes-Jewish Hospital in the above-captioned matter.  The undersigned has been advised that

Defendant Barnes-Jewish Hospital will continue to be represented by Jonathan H. Garside who

will be joining Stanton Barton LLC.

GREENSFELDER, HEMKER & GALE, P.C.


    */s/ Caitlin M. Meyers*
Caitlin M. Meyers, #68381
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: (314) 345-4723
Fax: (314) 241-1265
cmeyers@greensfelder.com

*Attorneys for Defendant Barnes-Jewish Hospital*

1

Electronically Filed - CITY OF ST. LOUIS - August 31, 2023 - 03:48 PM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record.  I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

Nicole Burlison Knepper
Padberg Appelbaum Knepper
1926 Chouteau Ave.
St. Louis, MO 63103
nicole@padberglaw.com

*Attorneys for Plaintiff*

Timothy J. Gearin
Maureen Bryan
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com

*Attorneys for Defendant The Washington University*

*/s/ Caitlin M. Meyers*

4870-9856-6013

2

Electronically Filed - CITY OF ST. LOUIS - September 05, 2023 - 01:09 PM

**IN THE CIRCUIT COURT**
**TWENTY-SECOND JUDICIAL CIRCUIT**
**CITY OF ST. LOUIS MISSOURI**

|  |  |  |
|---|---|---|
| *DONALD BARNETT,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2322-CC01188 |
| *BARNES-JEWISH HOSPITAL,* | ) | |
| *THE WASHINGTON UNIVERSITY,* | ) | |
| *and DAVID TESTRAKE, M.D.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ATTORNEY LAW FIRM

Come now Jonathan H. Garside and provides the Court and all parties notice of change of

law firm and address, as follows:

Jonathan H. Garside, #48523
Stanton | Barton LLC
8000 Maryland Avenue | Suite 450
St. Louis, Missouri 63105
Telephone: 314-455-6500
Facsimile: 314-455-6524
jgarside@stantonbarton.com

**STANTON | BARTON LLC**

By:    */s/ Jonathan H. Garside*
Jonathan H. Garside, #48523
8000 Maryland Avenue | Suite 450
St. Louis, Missouri 63105
Telephone: 314-455-6500
Facsimile: 314-455-6524
jgarside@stantonbarton.com

*Attorney for Defendant Barnes-Jewish Hospital*

Electronically Filed - CITY OF ST. LOUIS - September 05, 2023 - 01:09 PM

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

| | |
|---|---|
| Nicole Burlison Knepper | Timothy J. Gearin |
| Padberg Appelbaum Knepper | Maureen Bryan |
| 1926 Chouteau Avenue | Armstrong Teasdale LLP |
| St. Louis, MO  63103 | 7700 Forsyth Blvd, Suite 1800 |
| Telephone: 314-621-2900 | St. Louis, MO  63105 |
| Facsimile: 314-621-7607 | Telephone: 314-621-5070 |
| nicole@padberglaw.com | Facsimile: 314-237-1535 |
| | tgearin@atllp.com |
| *Attorney for Plaintiff* | mbryan@atllp.com |
| | |
| | *Attorneys for Defendant* |
| | *The Washington University* |

*/s/ Jonathan H. Garside*

Electronically Filed - CITY OF ST. LOUIS - September 08, 2023 - 04:14 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were served upon Defendants, via electronic mail only, on this 8th day of September, 2023, to: Timothy J. Gearin and Maureen Bryan, Armstrong Teasdale, LLP, Attorneys for Defendant The Washington University, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; e-servebtc@atllp.com; Jonathan H. Garside, Stanton Barton, LLC, *Attorneys for Defendant Barnes-Jewish Hospital*, 8000 Maryland Avenue, Suite 450, St. Louis, MO 63105, jgarside@stantonbarton.com:

- Plaintiff's Answers and/or Objections to to Defendant The Washington University's First Set of Interrogatories; and
- Plaintiff's Responses and/or Objections to Defendant The Washington University's First Requests for Production of Documents.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - September 27, 2023 - 01:51 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

DONALD BARNETT,                        )
                                       )
        Plaintiff,                     )
                                       )        Cause No:  2322-CC01188
vs.                                    )        Division No. 1
                                       )
BARNES-JEWISH HOSPITAL, THE            )
WASHINGTON UNIVERSITY, and DAVID       )        **JURY TRIAL DEMANDED**
TESTRAKE, M.D.,                        )
                                       )
        Defendants.                    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that DEFENDANT THE WASHINGTON UNIVERSITY'S ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES and DEFENDANT THE WASHINGTON UNIVERSITY'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were sent via electronic mail, in Adobe PDF format, on the **27th** day of **September**, **2023** to:  Matthew J. Padberg mjp@padberglaw.com of Padberg Appelbaum Knepper *Attorney for Plaintiff*;  and Jonathan H. Garside jgarside@stantonbarton.com of Stanton Barton, LLC *Attorney for Defendant Barnes-Jewish Hospital*.

Electronically Filed - CITY OF ST. LOUIS - September 27, 2023 - 01:51 PM

ARMSTRONG TEASDALE LLP

By: _____

| Timothy J. Gearin | #39133 |
|---|---|
| Maureen Bryan | #49454 |

7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070   FAX:  314.237.1535
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT THE
WASHINGTON UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **27th** day of **September**, **2023**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Matthew J. Padberg
Padberg Appelbaum Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
mjp@padberglaw.com
*Attorney for Plaintiff*

Jonathan H. Garside
Stanton Barton, LLC
8000 Maryland Ave #450
St. Louis, MO 63105
jgarside@stantonbarton.com
*Attorney for Defendant Barnes-Jewish Hospital*

_____

Electronically Filed - CITY OF ST. LOUIS - October 13, 2023 - 02:05 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Answers and Objections of Defendant

Barnes-Jewish Hospital to Plaintiff's First Interrogatories were sent via electronic mail to

the following counsel of record this 13th day of October 2023:

Timothy J. Gearin
Maureen Bryan
Armstrong Teasdale, LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com
*Attorneys for Defendant*
*Washington University*

Nicole Burlison Knepper
Padberg, Appelbaum, Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
nicole@pdberglaw.com
*Attorney for Plaintiff*
*Donald Barnett*

**STANTON | BARTON LLC**

By:  */s/ Jonathan H. Garside*
Jonathan H. Garside, #48523
8000 Maryland Avenue | Suite 450
St. Louis, Missouri 63105
Telephone: 314-455-6500
Facsimile: 314-455-6524
jgarside@stantonbarton.com
*Attorney for Defendant Barnes-Jewish Hospital*

1

Electronically Filed - CITY OF ST. LOUIS - October 20, 2023 - 11:38 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BARNES-JEWISH HOSPITAL, | )   Cause No. 2322-CC01188 |
| THE WASHINGTON UNIVERSITY, and | ) |
| DAVID TESTRAKE, MD, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Responses and Objections of Defendant

Barnes-Jewish Hospital to Plaintiff's First Request for Production were sent via

electronic mail to the following counsel of record this 20th day of October 2023:

Timothy J. Gearin
Maureen Bryan
Armstrong Teasdale, LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105
tgearin@atllp.com
mbryan@atllp.com
E-serveBTC@atllp.com
*Attorneys for Defendant*
*Washington University*

Nicole Burlison Knepper
Padberg, Appelbaum, Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
nicole@pdberglaw.com
*Attorney for Plaintiff*
*Donald Barnett*

**STANTON | BARTON LLC**

By:    */s/ Jonathan H. Garside*
Jonathan H. Garside, #48523
8000 Maryland Avenue | Suite 450
St. Louis, Missouri 63105
Telephone: 314-455-6500
Facsimile: 314-455-6524
jgarside@stantonbarton.com

*Attorney for Defendant Barnes-Jewish Hospital*

1

Electronically Filed - CITY OF ST. LOUIS - October 20, 2023 - 10:06 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following documents were served upon Defendants, via electronic mail only, on this 20th day of October, 2023, to: Jonathan H. Garside, Stanton Barton, LLC, *Attorneys for Defendant Barnes-Jewish Hospital*, 8000 Maryland Avenue, Suite 450, St. Louis, MO 63105, jgarside@stantonbarton.com; and Timothy J. Gearin and Maureen Bryan, Armstrong Teasdale, LLP, *Attorneys for Defendant The Washington University*, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; e-servebtc@atllp.com.

- Plaintiff's Answers and/or Objections to to Defendant Barnes-Jewish Hospital's First Set of Interrogatories; and
- Plaintiff's Responses and/or Objections to Defendant Barnes-Jewish Hospital's First Requests for Production of Documents.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - December 07, 2023 - 11:57 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following documents were served upon Defendant The Washington University, via electronic mail only, in Word format, on this 7th day of December, 2023, to: Timothy J. Gearin and Maureen Bryan, Armstrong Teasdale, LLP, Attorneys for Defendant The Washington University, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; e-servebtc@atllp.com; and Jonathan H. Garside, Stanton Barton, LLC, *Attorneys for Defendant Barnes-Jewish Hospital*, 8000 Maryland Avenue, Suite 450, St. Louis, MO 63105, jgarside@stantonbarton.com:

- Plaintiff's Second Set of Interrogatories Directed to Defendant The Washington University.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 2322-CC01188 |
| | ) | |
| v. | ) | |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, and | ) | |
| DAVID TESTRAKE, MD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents were served upon Defendants, via electronic mail only, on this 7th day of December, 2023, to: Timothy J. Gearin and Maureen Bryan, Armstrong Teasdale, LLP, Attorneys for Defendant The Washington University, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, tgearin@atllp.com; mbryan@atllp.com; e-servebtc@atllp.com; Jonathan H. Garside, Stanton Barton, LLC, *Attorneys for Defendant Barnes-Jewish Hospital*, 8000 Maryland Avenue, Suite 450, St. Louis, MO 63105, jgarside@stantonbarton.com:

- Plaintiff's First Supplemental Answers and/or Objections to Defendant The Washington University's First Set of Interrogatories; and
- Plaintiff's First Supplemental Responses and/or Objections to Defendant The Washington University's First Requests for Production of Documents.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025
1926 Chouteau Avenue
St. Louis, MO  63103
314.621.2900 [T]
314.621.7607 [F]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - December 07, 2023 - 12:01 PM

Electronically Filed - CITY OF ST. LOUIS - January 16, 2024 - 05:35 PM

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

DONALD BARNETT,                          )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      )
                                         )      Cause No:  2322-CC01188
BARNES-JEWISH HOSPITAL, THE              )      Division No. 1
WASHINGTON UNIVERSITY, and DAVID         )
TESTRAKE, M.D.,                          )
                                         )
          Defendants.                    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that DEFENDANT THE WASHINGTON UNIVERSITY'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES was served via electronic mail in PDF format on the 16th day of January, 2024, upon: Nicole Brulison Knepper, nicole@padberglaw.com, of Padberg Appelbaum Knepper, *Attorneys for Plaintiff*, and Jonathan H. Garside, jgarside@stantonbarton.com of Stanton Barton, LLC, *Attorneys for Defendant Barnes-Jewish Hospital.*

ARMSTRONG TEASDALE LLP

By:  */s/Maureen Bryan*
     Timothy J. Gearin          #39133
     Maureen Bryan             #49454
     7700 Forsyth Blvd., Suite 1800
     St. Louis, Missouri 63105
     314.621.5070    FAX:  314.237.1535
     tgearin@atllp.com
     mbryan@atllp.com
     E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT THE
WASHINGTON UNIVERSITY

Electronically Filed - CITY OF ST. LOUIS - January 16, 2024 - 05:35 PM

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the **16th** day of **January**, **2024**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Nicole Brulison Knepper
Padberg Appelbaum Knepper
1926 Chouteau Avenue
St. Louis, MO 63103
nicole@padberglaw.com
*Attorneys for Plaintiff*

Jonathan H. Garside
Stanton Barton, LLC
8000 Maryland Ave #450
St. Louis, MO 63105
jgarside@stantonbarton.com
*Attorneys for Defendant Barnes-Jewish Hospital*


*/s/Maureen Bryan*

2

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**

**22ND JUDICIAL CIRCUIT -STATE OF MISSOURI**

_Burnett_ _____ )    Cause Number: _2322-CC01188_
            Plaintiff          )
                            )    Division No. 1
                            )

v. _Washington University_ )    **FILED**
   _et al._     Defendant    )    APR 2 2 2024

                                                 22ND JUDICIAL CIRCUIT
                                              CIRCUIT CLERK'S OFFICE

**MOTION FOR CONTINUANCE FROM TRIAL DOCKET** By _____ DEPUTY

Plaintiff(s) appear by _____

Defendant(s) appear by _Colleen Kinsey (WashU)_ _____

Case now set on trial docket of _July 1, 2024_ . Case is/is not peremptorily set (assigned to Division _____ ).

Plaintiff(s)/Defendant(s), as Moving Party(ies), request a continuance because:

_The parties wish to set this case for trial_

_____

_____✓_____     Moving Party's attorney has conferred with Opposing Party's attorney. Opposing Party consents to this continuance request.

_____     Opposing Party asks the Court to deny the continuance request>

_Kneppe_ _____           _____
Attorney for Plaintiff(s)               Attorney for Defendant(s)

The Court: ___✓___ **grants** _____ **denies** Moving Party's motion for continuance.

New Trial Docket date: _10/20/2025_ _____ Regular rollover or _✓_ Peremptory setting

_4/22/24_                  SO ORDERED:

_____                _____
     Date                           Elizabeth B. Hogan
                                   Presiding Judge

_5 days_

Electronically Filed - CITY OF ST. LOUIS - April 12, 2024 - 03:09 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  2322-CC01188 |
| | ) |
| BARNES-JEWISH HOSPITAL, | ) |
| THE WASHINGTON UNIVERSITY, | ) |
| | ) |
| AND | ) |
| | ) |
| DAVID TESTRAKE, M.D., | ) |
| **Serve At:** | ) |
| 3918 Cleveland Avenue | ) |
| St. Louis, MO  63110 | ) |
| | ) |
| Defendants. | ) |

## **REQUEST FOR ALIAS SUMMONS**

COMES NOW Plaintiff, and requests Alias summons be ordered to issue to the

Sheriff of St. Louis County for service on Defendant:  David Testrake, M.D., 3918

Cleveland Avenue, St. Louis, MO 63110.

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper      #60025
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - April 12, 2024 - 03:09 PM

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 12, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Nicole Burlison Knepper*

Electronically Filed - CITY OF ST. LOUIS - April 23, 2024 - 02:38 PM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

DONALD BARNETT,                     )
                                    )
        Plaintiff,                  )
                                    )
v.                                  ) Case No.:  2322-CC01188
                                    )
BARNES-JEWISH HOSPITAL,             )
THE WASHINGTON UNIVERSITY,          )
                                    )
        AND                         )
                                    )
DAVID TESTRAKE, M.D.,               )
**Serve At:**                       )
3918 Cleveland Avenue               )
St. Louis, MO  63110                )
                                    )
        Defendants.                 )

## FEE PAID FOR ALIAS SUMMONS REQUEST

We hereby provide the fee for Alias Summons request of $36.00 via our credit

card through the Court's electronic filing system.


PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff


*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper      #60025
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

Electronically Filed - CITY OF ST. LOUIS - April 23, 2024 - 02:38 PM

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.


*/s/ Nicole Burlison Knepper*



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | **Case Number:  2322-CC01188** | |
| Plaintiff/Petitioner:<br>DONALD BARNETT<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>NICOLE BURLISON KNEPPER<br>1926 CHOUTEAU AVE<br>ST LOUIS, MO  63103 | |
| Defendant/Respondent:<br> BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to:  **DAVID TESTRAKE, M.D.**
                      **Alias:**

**3918 CLEVELAND AVENUE**
**SAINT LOUIS, MO  63110**

> **SHERIFF'S FEE PAID**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**April 23, 2024**
Date                                          Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____         _____
                                    Date                                          Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - May 14, 2024 - 01:43 PM



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01188 | |
|---|---|---|
| Plaintiff/Petitioner:<br>DONALD BARNETT | Plaintiff's/Petitioner's Attorney/Address<br>NICOLE BURLISON KNEPPER<br>1926 CHOUTEAU AVE<br>ST LOUIS, MO 63103 | |
| vs. | | |
| Defendant/Respondent:<br>BARNES JEWISH HOSPITAL | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Malpractice | | (Date File Stamp) |

## ALIAS Summons in Civil Case

**The State of Missouri to:** DAVID TESTRAKE, M.D.
**Alias:**

3918 CLEVELAND AVENUE
SAINT LOUIS, MO 63110

SHERIFF'S FEE PAID

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____April 23, 2024_____     _____
Date                                            Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)

[X] delivering a copy of the summons and petition to the defendant/respondent.  w/m 45
[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
[ ] (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
[ ] other: _____.

Served at _3918 Cleveland_____ (address)
in _____ (County/City of St. Louis), MO, on _5·14·24_ (date) at _8 30_ (time).

_Wayles Honer 346_____          _____
Printed Name of Sheriff or Server                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                    Date                                    Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.