UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:24-cv-00789-SEP |
| | ) | |
| BARNES-JEWISH HOSPITAL, | ) | |
| THE WASHINGTON UNIVERSITY, | ) | |
| AND DAVID TESTRAKE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR APPROVAL OF
## WRONGFUL DEATH SETTLEMENT

COME NOW Plaintiff and Defendants, by and through undersigned counsel, and for their Motion for Approval of Wrongful Death Settlement under § 537.095 R.S.Mo. state as follows:

1. Plaintiff Donald Barnett filed this Motion for Wrongful Death Settlement Approval arising out of the death of his natural daughter Kaitlin Barnett pursuant to § 537.080.1(1). R.S.Mo.

2. Plaintiff Donald Barnett has alleged that Kaitlin Barnett passed away as the result of injuries sustained in a medical malpractice incident that occurred on April 21, 2022, in Saint Louis City, the State of Missouri.

3. Donald Barnett is the surviving father of Katilin Barnett.

4. Kaitlin Barnett's natural mother is deceased.

5. Kaitlin Barnett was not married at the time of her death.

1

6.      Kaitlin Barnett had no children at the time of her death.

7.      Plaintiff Donald Barnett is the only person eligible to recover for the Wrongful Death of Kaitlin Barnett as per § 537.080.1(1) R.S.Mo.

8.      Subject to Court approval, Plaintiff Donald Barnett has agreed to settle this action with Defendants for a confidential amount.

WHEREFORE, the parties pray pursuant to § 537.095 R.S.Mo. that the Court:

(a)      Find that Plaintiff Donald Barnett is entitled to maintain an action pursuant to § 537.080.1(1) R.S.Mo. and § 537.095 R.S.Mo for the wrongful death of Kaitlin Barnett;

(b)      Authorize and approve settlement in this action with Defendants and enter a judgment accordingly;

(c)      Order Plaintiff Donald Barnett to collect, receipt for, and acknowledge satisfaction of the judgment to the Court upon payment of the settlement funds.

Respectfully submitted,

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper, #60025MO
1926 Chouteau Avenue
St. Louis, MO  63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.


*/s/ Nicole Burlison Knepper*

3