UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:24-cv-00789-SEP |
| | ) | |
| BARNES-JEWISH HOSPITAL and | ) | |
| THE WASHINGTON UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, and hereby dismisses his cause of action against all

remaining Defendants with prejudice, each party to bear its own costs.

> PADBERG APPELBAUM KNEPPER
> Attorneys for Plaintiff
>
> */s/ Nicole Burlison Knepper*
> Nicole Burlison Knepper,   #MO60025
> 1926 Chouteau Avenue
> St. Louis, MO  63103
> (314) 621-2900
> (314) 621-7607 [Fax]
> nicole@padberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, the foregoing was filed electronically
with the Clerk of Court to be served by operation of the Court's electronic filing system
upon all attorneys of record.

*/s/ Nicole Burlison Knepper*