UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cv-00789-SEP |
| | ) |
| BARNES-JEWISH HOSPITAL and | ) |
| THE WASHINGTON UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff Donald Barnett, by and through his attorneys, Padberg

Appelbaum Knepper, and hereby acknowledges receipt in full and complete satisfaction

of the Judgment herein entered on January 29, 2025. All amounts set forth in the

Judgment have been distributed as ordered.

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

*/s/ Nicole Burlison Knepper*
Nicole Burlison Knepper,   #MO60025
1926 Chouteau Avenue
St. Louis, MO 63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Nicole Burlison Knepper*