UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cv-00789-SEP |
| | ) |
| BARNES-JEWISH HOSPITAL and | ) |
| THE WASHINGTON UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff Donald Barnett, Defendant Barnes-Jewish Hospital, and

Defendant The Washington University, and hereby stipulate to dismissal of this matter.

Each party agrees to bear its own costs.

PADBERG APPELBAUM KNEPPER
Attorneys for Plaintiff

/s/ Nicole Burlison Knepper
Nicole Burlison Knepper,   #MO60025
1926 Chouteau Avenue
St. Louis, MO 63103
(314) 621-2900
(314) 621-7607 [Fax]
nicole@padberglaw.com

ARMSTRONG TEASDALE, LLP
Attorneys for Defendant The Washington
University

/s/ Maureen Bryan
Maureen Bryan, #49454
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
(314) 621-5070

(314) 237-1535 [Fax]
mbryan@atllp.com
E-serveBTC@atllp.com

STANTON BARTON, LLC
Attorneys for Defendant Barnes-Jewish
Hospital

*/s/ Jonathan H. Garside*
Jonathan H. Garside, #48523
8000 Maryland Avenue, Suite 450
St. Louis, Missouri 63105
(314) 455-6500
(314) 455-6524 [Fax]
jgarside@stantonbarton.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*/s/ Nicole Burlison Knepper*

2